# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1214
_____

BRIAN EDWARD RICHARDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

January 5, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant; Brian Edward Richardson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.